UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

KENNETH MOUZON,

    Plaintiff,

v.                                 Case No.  5:21-cv-95-RV-MJF

MARK INCH, *et al.*,

    Defendants.
_____/

## **ORDER**

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated July 7, 2022. Doc. 29. Plaintiff was furnished a copy of the Report and Recommendation and was afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.

Having considered the Report and Recommendation, the Court concludes that the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED** that:

1.    The Magistrate Judge's Report and Recommendation, Doc. 29, is adopted and incorporated by reference in this Order.

2. Plaintiff's individual and official-capacity claims against Supervisor Everett, Nurse Roger, Nurse Jodom and Centurion are **DISMISSED** with prejudice under 28 U.S.C. § 1915A(b), for failure to state a claim upon which relief can be granted.

3. Plaintiff's official-capacity claim against Dr. Scoggins is **DISMISSED** with prejudice under 28 U.S.C. § 1915A(b) for failure to state a claim upon which relief can be granted.

4. This case is returned to the Magistrate Judge for further proceedings on Plaintiff's individual-capacity Eighth-Amendment claim against Dr. Scoggins.

**DONE AND ORDERED** this 9th day of August, 2022.

/s/ *Roger Vinson*            /
**ROGER VINSON**
**SENIOR UNITED STATES DISTRICT JUDGE**